IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST GLENN VICK,

        Petitioner,

  v.

D. RUNNELS, Warden,

        Respondent.

                               /

No. CIV-S-02-0652 MCE/JFM P

ORDER

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 21, 2005 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement.

1

28 U.S.C. § 2253(c)(3).

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition: whether trial counsel's decision to call a psychologist to testify to lack of propensity, failure to ask for a limiting instruction concerning the use of testimony from the psychologist's cross-examination, and failure to object to testimony concerning post-molestation experiences of a prior victim demonstrated ineffective assistance of counsel; whether denial of petitioner's motion for new trial violated due process; and whether the refusal to strike one of petitioner's prior convictions for sentencing resulted in the imposition of cruel and unusual punishment.

///
///
///

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

1   Accordingly, IT IS HEREBY ORDERED that a certificate of
2   appealability is issued in the present action.
3   DATED: August 18, 2005

```
                              _____
                              MORRISON C. ENGLAND, JR
                              UNITED STATES DISTRICT JUDGE
```